UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                Plaintiff,

– against –

BEIRUT VILLAGE, INC., *doing business as* VILLAGE VAPE AND CIGAR, *and* 171 WEST FOURTH, LLC,

                Defendants.

**ORDER**

22 Civ. 4644 (ER)

Ramos, D.J.:

    On June 3, 2022, Graciela Doncouse brought this action against Beirut Village, Inc. and 171 West Fourth, LLC.  Doc. 1.  The defendants were served on June 22, 2022.  Docs. 5, 6.  To date, no action has occurred in this case.

    Doncouse is therefore instructed to submit a status report by no later than October 14, 2022.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   October 7, 2022
            New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.